# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KATHERINE PRIESLEY,

                Plaintiff,

-against-

MCDONALD COMRIE, et.al

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

07 CIVIL 1361 (HB)

**JUDGMENT**

      Plaintiff having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Harold Baer, United States District Judge, and the Court, on August 25, 2008, having rendered its Order granting plaintiff's motion for summary judgment for the repayment of $835,000 in principal and $768,716.51 in interest in accordance with the terms of the promissory note, denying the motion for attachment without prejudice to the plaintiff refiling within 30 days of entry of the Court's August 25th Order if the defendants do not satisfy the order; and the Clerk is instructed to enter judgment pursuant to FRCP 54b in favor of the plaintiff and close any and all open motions and the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Aug 25, 2008, plaintiff's motion for summary judgment is granted for the repayment of $835,000 in principal and $768,716.51 in interest in accordance with the terms of the promissory note; plaintiff's motion for attachment is denied without prejudice to plaintiff refiling within 30 days; and the Clerk is to enter judgment pursuant to Rule 54b in favor of the plaintiff; any pending motions are closed as is the case.

**Dated:** New York, New York

Aug 28, 2008

                                          J. MICHAEL McMAHON

                                                 Clerk of Court

BY:

                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____