UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE PRIESTLEY,

          Plaintiff,

- against -

MCDONALD COMRIE, PHILLIP YEE,
DR. DAVID ERLANGER, PANMEDIX INC.,
ELECTRONIC KNOWLEDGE PUBLISHING,
INC. and HEADMINDER, INC.,

          Defendants.

---

07 CV 1361 (HB)(GWG)

**NOTICE OF APPEAL**



FILED U.S. DC
SEP 2 3 2008
S.D. OF N.Y.

NOTICE IS HEREBY GIVEN that the Defendants hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of United States District Judge Baer, dated August 25, 2008, and from every portion of the Order, which said Order was reduced to a judgment against defendants and was entered on August 28, 2008.

Dated: New York, New York
       22 September 2008

                            BALLON STOLL BADER AND NADLER, P.C.

                            By: _____
                                 Dwight Yellen
                                 Michael J. Sheppeard
                                 ***Attorneys for Defendants***
                                 729 Seventh Avenue – 17th Fl.
                                 New York, New York   10019
                                 212.575.7900

To:   Philip Byler, Esq.
       Nesenoff & Miltenberg, LLP
       363 Seventh Avenue, Fifth Floor
       New York, New York 10001

{00115424;1}