**MANDATE**

N.Y.S.D. Case # 07-cv-1361(HB)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of July, two thousand eleven.

Before:  JOSEPH M. McLAUGHLIN,
         PETER W. HALL,
              *Circuit Judges,*
         RICHARD M. BERMAN,*
              *District Judge.*



---

Katherine Priestley,

    Plaintiff-Counter-Defendant-Appellee,

v.

Headminder, INC.,

    Defendant-Appellant,

Panmedix, INC., Electronic Knowledge Publishing, INC. McDonald Comrie, Philip Yee, Dr. David Erlanger,

    Defendants.

JUDGMENT
Docket No.: 09-4931

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 21, 2011**

---

The appeal in the above captioned case from the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is REVERSED, and the case is REMANDED to the district court with instructions to strike Headminder as a party subject to the amended judgment in accordance with the opinion of this court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*/s/ Catherine O'Hagan Wolfe*

FOR THE COURT,
CATHERINE O'HAGAN WOLFE, Clerk

*/s/ Catherine O'Hagan Wolfe*

---

* Hon. Richard M. Berman, United States District Judge for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 10/21/2011**